AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Liam Conaway | ) | Case No. 5:24cr00015-001 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Liam Conaway__

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of terms and conditions of pretrial release imposed by this court on August 29, 2024.

Date: 9/30/24

*Issuing officer's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/30/24, and the person was arrested on *(date)* 10/23/24
at *(city and state)* Alexandria, VA

Date: 10/23/24

*Arresting officer's signature*

Adewale Mustapha DUSM
*Printed name and title*